UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG HO,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED RECOVERY SYSTEMS, LP,<br><br>        Defendant. | CASE NO.  5:10-cv-01219-LHK<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF MEDIATION** |

The Court hereby grants the joint motion of counsel for Plaintiff and Defendant to continue the mediation date up to and including November 17, 2010.  The Case Management Conference set for October 13, 2010 will go forward as scheduled.

IT IS SO ORDERED

Date: September 22, 2010

*Lucy H. Koh*

Honorable Lucy H. Koh