\*\*E-Filed 10/12/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNG HO,<br><br>        Plaintiff,<br>    v.<br><br>UNITED RECOVERY SYSTEMS, L.P.<br><br>        Defendant. | Case No.: 10-CV-01219-LHK<br><br>ORDER REGARDING SETTLEMENT |

On October 10, 2010, Plaintiff Hung Ho filed a Notice of Dismissal stating that the parties have settled all claims. Plaintiff stated that he would file a Motion for Voluntary Dismissal shortly. In light of this, the Court VACATES the Case Management Conference set for October 13, 2010, and reschedules it for December 22, 2010 at 2 p.m. This date will be vacated when the Motion for Voluntary Dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 12, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01219-LHK
ORDER REGARDING SETTLEMENT